IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 01-51228
Summary Calendar

UNITED STATES OF AMERICA,

             Plaintiff-Appellee,

                            versus

GILBERTO LUNA-MADRID, also known as Ramiro M. Martinez, also known as Juan Ramirez,

             Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-01-CR-594-ALL-DB

June 18, 2002

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:*

    Gilberto Luna-Madrid appeals his conviction based on his guilty plea for illegal reentry following deportation. He asserts that the district court coerced him into pleading guilty and denied him his right to counsel and to a jury trial by denying his request for substitution of counsel.

    We conclude that the district court did not abuse its discretion in denying Luna's request, particularly given the late

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

stage of the proceedings.[1]  Contrary to Luna's contentions, the district court did not require him to plead guilty or forbid him from proceeding to a trial by jury.  Luna has failed to show that he was coerced to plead guilty by the actions of the district court.[2]

AFFIRMED.

---

[1]  *See United States v. Ramos*, 71 F.3d 1150, 1155-56 (5th Cir. 1995); *United States v. Silva*, 611 F.2d 78, 79 (5th Cir. 1980) (per curiam).

[2]  *Cf. United States v. Lampazianie*, 251 F.3d 519, 524 (5th Cir. 2001).